IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF
SONIA PACHECO IRIGOYEN AND  : CASE NO. 11-00084(SEK)
JUAN C. ZAPATA RODRIGUEZ,
    DEBTORS  : CHAPTER 13

FILED & ENTERED
JUN 15 2011
CLERK
SAN JUAN, PUERTO RICO

ORDER

On May 26, 2011, Debtors filed a "Request for Approval of Loan Modification" giving fourteen days for all creditors and parties in interest to object and request a hearing. No objections have been filed.

Due to dire economic straits, we are receiving multiple request similar to the one at bar. Most, like this one, contain no modified plan, are not accompanied by an amended claim or schedules I & J. In many cases the Trustee is silent. This forces the Court to engage in many last minute calls to make sure the modified mortgage loan can be granted, the plan and claim are amended accordingly, and in general creditors are not adversely affected by this change. However, we are no longer able to keep up with this situation and are now informing the Debtors, the Trustee and all creditors that each must take all steps necessary for us to be able to approve the modification without engaging in all this run around. **Hence, all modifications of loans filed in cases assigned to my docket must be accompanied by amended Schedules I & J, and amended plan, and the assent of the Trustee before these are submitted to my consideration, or these will be denied summarily.**

In this particular case, we order Debtors' Counsel to meet with the Trustee, obtain his assent, file an amended plan and schedules I & J in five days, and obtain an assurance that Doral Financial



Corporation will amend its claim when this modification is executed. Once this is done, we shall enter the appropriate orders resolving this matter.

    **SO ORDERED**, on in San Juan, Puerto Rico on June 15, 2011.

SARA DE JESUS
U.S. Bankruptcy Judge